**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TRACY D., | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-179 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| Defendant. | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION
(DOC. NO. 14), AND DISMISSING COMPLAINT (DOC. NO. 5)**

---

This appeal of Defendant Commissioner's supplemental security income decision is currently before the Court on Magistrate Judge Karen L. Litkovitz's Report and Recommendation (the "Report") (Doc. No. 14), recommending dismissal of this action. As explained in the Report, Plaintiff Tracy D. ("Plaintiff") applied to the Social Security Administration for Disability Insurance Benefits in September of 2022, alleging disability as a result of Bipolar I with psychosis, traumatic brain injuries, dizziness and vertigo, degenerative disc disease with radiculopathy, depression, anxiety, and Post-Traumatic Stress Disorder. (*Id.* at PageID 1028.) After Plaintiff's applications were denied initially and upon reconsideration, Administrative Law Judge Gregory Kenyon ("ALJ Kenyon") granted Plaintiff a hearing. (*Id.*) Following the hearing, ALJ Kenyon issued an order denying Plaintiff's application on June 26, 2024. (*Id.*) Thereafter, the Appeal's Council denied Plaintiff's petition for review. (*Id.* at PageID 1028–29.) After a review of the record, Magistrate Judge Litkovitz opined that ALJ Kenyon's findings were supported by substantial evidence and recommended that Plaintiff's statement of errors be overruled and that

1

the Commissioner's non-disability finding be affirmed. (*Id*. at PageID 1038.) Magistrate Judge Litkovitz issued her Report on April 17, 2026. (*See generally id*.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case.  Noting that no objections to Magistrate Judge Litkovitz's Report have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation (Doc. No. 14), in full.  The instant Complaint (Doc. No. 5) is hereby **DISMISSED**, and the Clerk is directed to **TERMINATE** this matter on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, May 5, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2